983

ADDRESSOGRAPH COMPANY v. UTILI-
TIES SERVICE COMPANY.
No. 6396.

Circuit Court of Appeals, Sixth Circuit.
Nov. 16, 1933.

William O. Belt, of Chicago, Ill., Cooper,
Kerr & Dunham, of New York City, and Hull,
Brock & West, of Cleveland, Ohio, for appel-
lant.

Fish, Richardson & Neave, of Boston,
Mass., and Tolles, Hogsett & Ginn, of Cleve-
land, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of
counsel.

Tony ALEXANDER, Appellant, v. A. C. AD-
ERHOLD, Warden, United States Peni-
tentiary, Atlanta, Georgia, Appellee.
No. 6965.

Circuit Court of Appeals, Fifth Circuit.
Oct. 13, 1933.

Tony Alexander, in pro. per.
H. T. Nichols, Asst. U. S. Atty., of At-
lanta, Ga., for appellee.

Before BRYAN, SIBLEY, and HUT-
CHESON, Circuit Judges.

PER CURIAM.
On the authority of United States v.
Barnow, 239 U. S. 74, 36 S. Ct. 19, 60 L. Ed.
155, and Lamar v. United States, 241 U. S.
103, 36 S. Ct. 535, 60 L. Ed. 912, the judg-
ment is affirmed.

Tom Adams ANDONOFF v. John L. ZUR-
BRICK, District Director of Immi-
gration at Detroit.
No. 6387.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1933.

Jack N. Tucker and A. Joseph Seltzer,
both of Detroit, Mich., for appellant.
Gregory H. Frederick, U. S. Atty., of
Detroit, Mich., for respondent.

PER CURIAM.
Judgment of District Court affirmed.

ARCTIC ICE MACHINE CO. v. COMMIS-
SIONER OF INTERNAL REVENUE.
No. 6295.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1933.

Tolles, Hogsett & Ginn, of Cleveland,
Ohio, for petitioner.
E. B. Prettyman, Gen. Counsel, Bureau
of Internal Revenue, of Washington, D. C.,
for respondent.

PER CURIAM.
Decision of Board of Tax Appeals mod-
ified in accordance with stipulation of coun-
sel.